AO 442 (Rev.6/96-EDVA) Warrant for Arrest

# United States District Court

## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
v.

**Renee Marquette Henry**

## WARRANT FOR ARREST

07 - 104 - M - 01.

CASE NUMBER : CR-P111408

# FILED

**MAR 2 6** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To:  The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Renee Marquette Henry and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment__Information__Complaint__Order of Court__Violation Notice _X_ Probation Violation Petition

charging him or her with (brief description of offense):

Probation Violation - Failure to Appear August 1??, 2004

In Violation of Title 18 United States Code, Section(s) 3565

**The Honorable Theresa Carroll Buchanan**
Name of issuing Officer

Signature of Issuing Officer

(By) Deputy Clerk

**United States Magistrate Judge**
Title of Issuing Officer

August 17, 2004
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

Bail fixed at $ _____

| Date Received 8-17-04 | Name and Title of Arresting Officer by REPORTING DAVID BALDWIN | Signature of Arresting Officer |
| --- | --- | --- |
| Date of Arrest 3-26-07 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

07 - 104 - M - 01

UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA

**FILED**

AUG -- 2 2004

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Renee Marquette Henry

**FILED**

Docket No. P11408

Addendum to
Petition on Probation

MAR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CONDITION 6:     **FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN
72 HOURS OF CHANGE IN RESIDENCE.**

Ms. Henry notified the Probation Office at the beginning of her
supervision that she would be moving to a new residence. She was
instructed on several occasions to notify this officer in advance of her
move and provide the new address. Ms. Henry failed to notify the
Probation Officer within 72 hours of her change in residence. On
July 28, 2004, this officer conducted a home visit to Ms. Henry's last
known address of                     Alexandria, Virginia, and found
no one to be home and the windows boarded up. Her current whereabouts
are unknown.

ORDER OF COURT

Considered and ordered this 2nd
day of  Aug   , 2004 , that the
petition previously issued be
amended and that this Addendum be
ordered filed and made part of the
record in the above case.

_____
United States Magistrate Judge

Respectfully,

_____
Randall E. Hyler
U.S. Probation Officer

Place Alexandria, Virginia
Date 7-29-04

REH/kar

**TO CLERK'S OFFICE**
cs USAO, D'satty, Prob

DF-69 (Rev.03/03)

Prob. 12
(Mod. for E.VA 03/03)

# UNITED STATES DISTRICT COURT
## for
# EASTERN DISTRICT OF VIRGINIA

JUL 1 6 ...

U.S.A. vs. <u>Renee Marquette Henry</u> _____ Docket No. <u>CITP111408</u>

### Petition on Probation

COMES NOW <u>Randall E. Hyler</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Renee Marquette Henry</u>, who was placed on supervision by the Honorable <u>Theresa C. Buchanan</u> sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>6"</u> day of <u>May</u>, <u>2004</u>, who fixed the period of supervision at <u>1 year</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall serve a period of ten (10) days incarceration, weekends permitted at the direction of the probation officer.

2. The defendant shall not operate a motor vehicle for the first three (3) months once driver's license has been reinstated.

3. The defendant shall pay a $10 special assessment fee within 30 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.
**Bond Recommendation:** N/A

DOB: _____
SSN:
SEX: Female
RACE: Black/Non-Hispanic

FBI NO.:
REG. NO.:
ADDRESS:

                Alexandria, Virginia 22314

PHONE:

### ORDER OF COURT

Considered and ordered this _16th_ day of _July_, _2004_ and ordered filed and made a part of the records in the above case.

_____
United States Magistrate Judge

Respectfully,

_____
Randall E. Hyler
U.S. Probation Officer

Place <u>Alexandria, Virginia</u>

Date <u>7-15-04</u>

Petition on Probation ...
Page 2
RE: HENRY, Renee Marquette

OFFENSE: Operating After Suspension.

SENTENCE: One year supervised probation.

ADJUSTMENT TO SUPERVISION: The defendant was scheduled by the U.S. Bureau of Prisons to report to the Rappahannock Regional Jail on June 26, 2004, to begin service of a 10 day weekend sentence. On June 10, 2004, this officer conducted a home visit with the defendant at her residence and provided her a copy of her jail placement dates and instructions for reporting to serve her jail sentence. The defendant did not indicate any questions or concerns regarding her reporting dates and designation.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION:**    **THE DEFENDANT SHALL SERVE A PERIOD OF TEN (10) DAYS INCARCERATION, WEEKENDS PERMITTED AT THE DIRECTION OF THE PROBATION OFFICER.**

The defendant failed to report to the Rappahannock Regional Jail on June 26, 2004, to begin service of her 10 day weekend sentence. This office was notified on June 30, 2004, of the defendant's failure to report as directed.

**CONDITION 2:**    **FAILURE TO REPORT TO THE PROBATION OFFICER AS DIRECTED.**

On July 6, 2004, this officer mailed the defendant an appointment letter instructing her to report to this office on Friday, July 9, 2004, at 3:00 p.m., to discuss her failure to report for service of her jail sentence. The defendant failed to report or contact this officer.

RFH/kar