2 9 2007

**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 3/27/07

P111408

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA. 22314

FILED
APR 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: 07-104M RENEE MARQUETTE HENRY

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|   |   |   |   |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Petition on Probation | | Order of Removal |
|   | Minute Order Appointing Counsel | X | Detention Order |
|   | Corporate Surety Bond | X | Waiver of Removal |
|   | Personal Surety Bond | | |
| X | Other- Blotter dated 3/26/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk